UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Dovgal Express, Inc.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 24-18991<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

## ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);**

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before the following applicable date:

**(a)** Claims of any governmental unit that arose prior to the case filing date must be filed on or before  03/31/25 . (This date must not be earlier than 179 days after the date of the order for relief.)

**(b)** All other claims that arose prior to the case filing date must be filed on or before  06/18/25 .

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:

> Clerk of the U.S. Bankruptcy Court
> 219 South Dearborn Suite 710
> Chicago, Illinois 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by January 29 , 2025  to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter:

Dated: _____

United States Bankruptcy Judge